**HAGER & HEARNE**
245 E. Liberty St., Ste 110
Reno, NV 89501
(775) 329-5800, FAX (775) 329-5819

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*****

| | |
|---|---|
| DIANE OLVERA, | Case No. 3:08-cv-00355-LRH-VPC |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME FOR THE PARTIES TO LODGE THEIR PROPOSED JOINT PRETRIAL ORDER |
| v. | |
| SIERRA NEVADA COLLEGE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, Sierra Nevada College, through their respective counsel, as follows:

1) Plaintiff and Defendant shall lodge their proposed joint pretrial order no later than February 26, 2010.

///

///

///

///

///

1

2) The content of this Stipulation is acceptable to all persons signing this document.

DATED this 12th day of February, 2010.

| HAGER & HEARNE | WATSON ROUNDS, P.C. |
|---|---|
| /s/ Robert R. Hager | /s/ Arthur A. Zorio |
| Robert R. Hager, Esq. | Arthur A. Zorio, Esq. |
| Hager & Hearne | Watson Rounds, P.C. |
| 245 E. Liberty Street | 5371 Kietzke Lane |
| Suite 110 | Reno, Nevada 89511 |
| Reno, Nevada 89501 | *Attorney for Defendants* |
| *Attorneys for Plaintiffs* | |

**ORDER**

IT IS SO ORDERED this 16th day of February, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2