1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT

# COURT DISTRICT OF NEVADA

DIANE OLVERA,

    Plaintiff,                                  CASE NO.:    3:08-CV-00355-LRH-VPC

    v.

SIERRA NEVADA COLLEGE,             **STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRE-TRIAL ORDER**

    Defendant.
_____/        (SECOND REQUEST)

    Pursuant to Local Rule 26-4, counsel for Plaintiff Diane Olvera and counsel for Defendant Sierra Nevada College, hereby stipulate by and between the parties above-named through their undersigned counsel to extend the time to file a Joint Pre-Trial Order seven days from February 26, 2010 to March 5, 2010.  The Joint Pre-Trial Order is currently due on February 26, 2010.

    This Court granted the first request to extend the time period for a period of two weeks. Since that time Plaintiff has prepared a draft which was received by counsel for Defendant on Tuesday, February 23, 2010.  Counsel have discussed the contents of the draft Joint Pre-Trial Order and the additional matters to be provided therein.  There has been a dispute among counsel as to the scope of the issues remaining for trial pursuant to the Court's Order dated January 15,

-1-

2010. Counsel have agreed how to address the matter, but this will require some additional time to prepare the Joint Pre-Trial Order.

Counsel are requesting an additional seven (7) days to complete and submit the Joint Pre-Trial Order to this Court. Counsel are requesting that the Court Order that the Joint Pre-Trial Order be submitted no later than Friday, March 5, 2010.

The extension is not requested for any intention to delay these proceedings.

DATED:   February 25, 2010                           HAGER & HEARNE

                                                      /s/ Treva J. Hearne
Treva J. Hearne, Esq.,  SBN 4450
Robert R. Hager, Esq., SBN 1482
245 E. Liberty Street, Suite 110
Reno, NV 89501
(775) 329-5800 phone
(775) 329-5819 fax
Attorneys for Plaintiff

DATED:   February 25, 2010                           WATSON ROUNDS, P.C.

                                                      /s/ Arthur A. Zorio
KELLY G. WATSON
Nevada Bar No. 893
Arthur A. Zorio, Esq.
Nevada Bar No.:  6547
WATSON ROUNDS, P.C.
5371 Kietzke Lane
Reno, Nevada 89511
(775) 324-4100 phone
(775) 333-8171 fax
Attorneys for Defendants

## ORDER

IT IS SO ORDERED this 26th day of February, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE