UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DIANE OLVERA, | ) | CASE NO. 3:08-cv-355-LRH(VPC) |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| SIERRA NEVADA COLLEGE, et al., | ) | |
| | ) | |
| Defendant. | ) | |

FILED ___ RECEIVED
ENTERED ___ SERVED
COUNSEL/PARTIES OF RECORD

AUG 1 2 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

This case is currently scheduled for trial on the stacked calendar of February 8, 2011.

IT IS ORDERED that this case is referred to The Honorable Valerie P. Cooke for the purpose of conducting a settlement conference.

DATED this 11th day of AUGUST, 2010.

LARRY R. HICKS
U.S. DISTRICT JUDGE