UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DIANE OLVERA, | ) | 3:08-CV-355-LRH(VPC) |
| | ) | |
| Plaintiff(s), | ) | <u>MINUTES OF COURT</u> |
| | ) | |
| vs. | ) | DATE: February 1, 2011 |
| | ) | |
| SIERRA NEVADA COLLEGE, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT: <u>THE HONORABLE LARRY R. HICKS</u>, U.S. DISTRICT JUDGE

Deputy Clerk: <u>Dionna Negrete</u>       Reporter: <u>None Appearing</u>

Counsel for Plaintiff(s): <u>None Appearing</u>

Counsel for Defendant(s): <u>None Appearing</u>

MINUTE ORDER IN CHAMBERS:

    Plaintiff filed a Motion for Clarification [#104]. Pursuant to the Jury Trial having been continued to August 22, 2011; Exhibit and Witness Lists, Statement of the Case, Trial Briefs, Jury Instructions, and Proposed Voir Dire shall be submitted to the Court on or before Monday, August 15, 2011.

    **IT IS SO ORDERED.**

    LANCE S. WILSON, CLERK

    By:   /s/
        Deputy Clerk