UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

DIANE OLVERA, )
)
          Plaintiff, )      3:08-cv-00355-LRH (VPC)
)
v. )
)      <u>ORDER</u>
SIERRA NEVADA COLLEGE, et al., )
)
          Defendants. )
_____ )

     The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#109) entered on April 18, 2011, in which the Magistrate Judge recommends that the Plaintiff's Motion for Sanctions (#72) be granted.  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#109); therefore, Plaintiff's Motion for Sanctions (#72) is GRANTED as follows:

1. Plaintiff shall have twenty (20) days from the date of this order to pay the sanction award to defendants' counsel in the amount of $1,831.50. If payment is made in full, there will be no further sanctions.

2. If Plaintiff fails to pay the full amount of the sanction within twenty days from the date of this order, Plaintiff shall be prohibited from offering any evidence, or making any claim for damages in this action.

IT IS SO ORDERED.

DATED this 13th day of May, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE