Arthur A. Zorio, Esq.
Nevada Bar No.: 6547
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511
Telephone: 775-324-4100
Facsimile: 775-333-8171
Attorneys for Defendants

```
FILED          RECEIVED
ENTERED        SERVED ON
         COUNSEL/PARTIES OF RECORD

         JUL 27 2011

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DIANE OLVERA,

    Plaintiff,

v.

SIERRA NEVADA COLLEGE,

    Defendants.
_____/

CASE NO.:   3:08-CV-00355-LRH-VPC

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

COME NOW Plaintiff, Diane Olvera, by and through her counsel of record and the Defendants SIERRA NEVADA COLLEGE, LARRY LARGE, RAY RYAN, DAVID WEBB, and SCOTT GOODIN by and through their counsel of record pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, and stipulate and agree as follows:

/////

/////

1. The Complaint and Amended Complaint on file herein and each and every cause of action contained therein shall be and by this stipulation hereby is dismissed with prejudice against all defendants; and

2. Each party shall bear their own attorney's fees and costs.

DATED: June __, 2011                    HAGER & HEARNE

_/s/_

Treva J. Hearne, Esq., SBN 4450
Robert R. Hager, Esq., SBN 1482
245 E. Liberty Street, Suite 110
Reno, NV 89501
(775) 329-5800 phone
(775) 329-5819 fax
Attorneys for Plaintiff

DATED: June __, 2011                    WATSON ROUNDS, P.C.

_/s/_

KELLY G. WATSON
Nevada Bar No. 893
Arthur A. Zorio, Esq.
Nevada Bar No.: 6547
WATSON ROUNDS, P.C.
5371 Kietzke Lane
Reno, Nevada 89511
(775) 324-4100 phone
(775) 333-8171 fax
Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

DATED this 22 day of July 2011.

_/s/_
U.S. DISTRICT COURT JUDGE

-2-